```
ROBERTA ROGERS              PERSONAL FINANCE
1619 LINCOLN ST.            1835 HARDY ST
LAUREL, MS 39440            HATTIESBURG, MS 39401

THOMAS C. ROLLINS, JR.      PINEBELT CREDIT
THE ROLLINS LAW FIRM, PLLC  127 N 15TH AVE
P.O. BOX 13767              LAUREL, MS 39440
JACKSON, MS 39236

ACTION FINANCE              PLAZA SERVICES, LLC
803 N 16TH AVE A,           ATTN: BANKRUPTCY
LAUREL, MS 39440            110 HAMMOND DR
                            SUITE 110
                            ATLANTA, GA 30328

COVINGTON CREDIT            SUNBIT FINANCIAL
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
P.O.BOX 1947                PO BOX 24010
GREENVILLE, SC 29602        LOS ANGELES, CA 90024

FIRST FINANCIAL             VERIZON WIRELESS
1219 W 5TH ST               ATTN: BANKRUPTCY DEPT
LAUREL, MS 39440            P.O.BOX 408
                            NEWARK, NJ 07101

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107


JONES COUNTY FINANCE
105 S 16TH AVE SUITE C
LAUREL, MS 39440


LEND NATION
2139 HWY 15
LAUREL, MS 39440


NATIONAL CREDIT ADJUS
ATTN: BANKRUPTCY
PO BOX 3023
HUTCHINSON, KS 67504
```