Certificate Number: 05781-MSS-DE-040597389

Bankruptcy Case Number: 26-50120



05781-MSS-DE-040597389

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 8, 2026, at 3:25 o'clock PM PST, Roberta Rogers completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   February 8, 2026               By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President