United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                    Case No. 26-50120-KMS

Roberta Rogers                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                    User: mssbad                              Page 1 of 2

Date Rcvd: Mar 26, 2026                 Form ID: n031                             Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Roberta Rogers, 1619 Lincoln St., Laurel, MS 39440-4933 |
| 5616188 | + | Action Financial Services, Inc., 803 N 16th Ave A,, Laurel, MS 39440-3377 |
| 5616190 | + | First Financial, 1219 W 5th St, Laurel, MS 39440-3807 |
| 5616192 | + | Jones County Finance, 105 S 16th Ave Suite C, Laurel, MS 39440-4170 |
| 5616196 | + | Pinebelt Credit, 127 N 15th Ave, Laurel, MS 39440-4119 |
| 5620247 | + | Summit Financial Services, Corp, 105 S 16th Ave, Suite C, Laurel, MS 39440-4170 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5616189 | + | Email/Text: bankruptcy@curo.com | Mar 26 2026 19:48:00 | Covington Credit, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5616191 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 26 2026 19:56:55 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5624449 | + | Email/Text: gbechakas@outlook.com | Mar 26 2026 19:47:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5639676 | ^ | MEBN | Mar 26 2026 19:41:41 | John S. Simpson, Esq., Simpson Law Firm, P.A., For Action Financial Services, Inc., P.O. Box 2058, Madison, MS 39130-2058 |
| 5616194 | + | Email/Text: bankruptcy@ncaks.com | Mar 26 2026 19:47:00 | National Credit Adjus, Attn: Bankruptcy, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5640280 | + | Email/Text: bankruptcy@ncaks.com | Mar 26 2026 19:47:00 | National Credit Adjusters, LLC, Attn: Bankruptcy/Deceased CRA, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5616197 | | Email/Text: info@plazaservicesllc.com | Mar 26 2026 19:47:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr, Suite 110, Atlanta, GA 30328 |
| 5616195 | + | Email/Text: stephenbinning@ymail.com | Mar 26 2026 19:48:00 | Personal Finance, 1835 Hardy St, Hattiesburg, MS 39401-4914 |
| 5625170 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 26 2026 19:48:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5616193 | | Email/Text: bankruptcy@qcholdings.com | Mar 26 2026 19:47:00 | Lend Nation, PO BOX 14948, Lenexa, KS 66285 |
| 5616198 | | Email/Text: bankruptcy@sunbit.com | Mar 26 2026 19:47:00 | Sunbit Financial, Attn: Bankruptcy, Po Box 24010, Los Angeles, CA 90024 |
| 5638401 | + | Email/Text: bncmail@w-legal.com | Mar 26 2026 19:47:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5616199 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 26 2026 19:47:00 | Verizon Wireless, Attn: Bankruptcy Dept, |

District/off: 0538-6          User: mssbad          Page 2 of 2

Date Rcvd: Mar 26, 2026          Form ID: n031          Total Noticed: 19

P.O.Box 408, Newark, NJ 07101-0408

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Action Financial Services, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| John S. Simpson | on behalf of Creditor Action Financial Services  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Roberta Rogers trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−50120−KMS
**Chapter:** 13

**In re:**

Roberta Rogers
1619 Lincoln St.
Laurel, MS 39440

Notice of Entry of Order Confirming Plan

The Court entered an Order on March 26, 2026 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: March 26, 2026

Danny L. Miller, Clerk of Court